IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTIONE O. HENRY

    Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                            Case No. 13-cv-326-wmc

DENNIS C. WOLF, TIMOTHY CASIANA,
GLEN BENNETT, MICHAEL MEISNER,
JOANNE LANE, and
(JOHN DOE) DEPUTY WARDEN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Antone O. Henry's request for leave to proceed *in forma pauperis* and dismissing this case.

| /s/ | 3/28/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |